# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TRAVIS DICKERSON**

    Plaintiff,

  v.                                                                      Case No. 19-CV-470

**STEVEN JOHNSON and**
**RICK FREEZE,**

    Defendants.

## DECISION AND ORDER

      The plaintiff, Travis Dickerson, is a Wisconsin state prisoner representing himself. He filed this case alleging that the defendants subjected him to unconstitutional conditions of confinement at the Milwaukee Secure Detention Facility in violation of the Eighth Amendment. Dickerson filed a motion for summary judgment on August 5, 2019, seven days after the defendants filed their answer. (Docket #14.) He filed an unsigned supporting brief that reiterates some of his complaint allegations, an unsigned declaration that reiterates some of his complaint allegations, and proposed findings of fact that do not cite to evidentiary materials in the record. (Docket ##15-17.) On the same day Dickerson filed his summary judgment motion, Dickerson also filed with the court two discovery requests for the defendants. (Docket ##12, 13.) Dickerson's summary judgment motion does not comply with the Local Rules or the Federal Rules of Civil Procedure, in part because he does not cite to evidence in the record in support of his motion. *See* Fed. R. Civ. P. 56(c)(1); Civil L.R. 56(b)(1) (E.D. Wis.). Dickerson has not shown that he is entitled to judgment as

a matter of law and I will therefore deny his motion for summary judgment. See Fed. R. Civ. P. 56(a).

Lastly, I note that the defendants have filed a motion for summary judgment for failure to exhaust administrative remedies. (Docket #24.) I will issue an order addressing the defendants' motion when it is fully briefed.

**ORDER**

**NOW, THEREFORE, IT IS ORDERED** that Dickerson's motion for summary judgment (Docket #14) is **DENIED**.

Dated at Milwaukee, Wisconsin this 22nd day of January, 2020.

BY THE COURT:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge